**Mitchell D. FIELDS, Plaintiff–Appellant**

v.

**UNITED PARCEL SERVICE, INC., Defendant–Appellee.**

**No. 12–33827.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 24, 2013.

Filed: July 3, 2013.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Mitchell D. Fields appeals the district court's [1] adverse grant of summary judgment in this diversity employment-discrimination action under the Missouri Human Rights Act. Fields offers no valid basis,[2] and we find none, for overturning the district court's well-reasoned decision. *See Porter v. City of Lake Lotawana,* 651 F.3d 894, 897–98 (8th Cir.2011) (reviewing de novo grant of summary judgment, viewing record in light most favorable to non-movant); *Melford Olsen Honey, Inc. v. Adee,*

2. Claims, allegations, and arguments may not be advanced for first time on appeal. *See Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004).

452 F.3d 956, 966 (8th Cir.2006) (reviewing de novo district court's application of state law). The judgment of the district court is affirmed. See 8th Cir. R. 47B.